26SL-CC04604

Electronically Filed - ST LOUIS COUNTY - June 24, 2026 - 12:56 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| **MILLSAP & SINGER, P.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Cause No.** |
| **vs.** ) | |
| ) | **Division No.** |
| **MICHAEL W DUKE,** ) | |
| **\*\*HOLD SERVICE\*\*** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **SCOTT E KARFELD A/K/A SCOTT** ) | |
| **KARFELD,** ) | |
| ) | |
| **TRUSTEES OF PINETREE ESTATES** ) | |
| **SUBDIVISION,** ) | |
| ) | |
| **Defendants.** ) | |

**PETITION FOR INTERPLEADER**

COMES NOW, Plaintiff Millsap & Singer, P.C., for its cause of action against Defendants pursuant to Rule 52.07 *Missouri Rules of Civil Procedure*, states as follows:

1.  Plaintiff, Millsap & Singer, P.C. ("Plaintiff") is a Professional Corporation incorporated in the State of Missouri with its principal place of business in St. Louis County, State of Missouri.

2.  Upon information and belief, Michael W. Duke is an individual residing in St. Louis County, Missouri and may be served at the address provided in the Confidential Information Filing Sheet filed contemporaneously with this petition.

Electronically Filed - ST LOUIS COUNTY - June 24, 2026 - 12:56 PM

3. Defendant United States of America is a governmental entity which may be served at the address provided, and authorized by law, in the Confidential Information Filing Sheet filed contemporaneously with this petition.

4. Upon information and belief, Scott E. Karfeld a/k/a Scott Karfeld is an individual residing in St. Charles County, Missouri and may be served at the address provided in the Confidential Information Filing Sheet filed contemporaneously with this petition.

5. Upon information and belief, Trustees of Pinetree Estates Subdivision is a neighborhood association formed pursuant to the laws of the State of Missouri and may be served at the address provided in the Confidential Information Filing Sheet filed contemporaneously with this petition.

6. Plaintiff was the Successor Trustee under a certain Deed of Trust executed by Michael W. Duke, single man, dated July 19, 2013 and recorded on July 25, 2013 with the St. Louis County Recorder of Deeds, State of Missouri ("Deed of Trust"), and securing the payment of a note of the same date in the amount of Four Hundred Thirteen Thousand Seven Hundred Fifty Dollars and 00/100 ($413,750.00) by creating a lien against certain real property. A redacted copy of said Deed of Trust is attached under cover of the Court's CRIFS Form as "**Exhibit A**" and incorporated herein by reference.

7. The property encumbered by the Deed of Trust is described as:

LOT 2 OF PINE TREE ESTATES [PLAT 1] IN P.B. 230 PGS 1 & 2 [OF THE ST. LOUIS COUNTY RECORDS]. [THE INFORMATION CONTAINED WITHIN THE BRACKETS WAS ADDED TO MORE ACCURATELY REFLECT THE LEGAL DESCRIPTION]

**Together with all improvements thereon.**

223028.14657.465362 LIT

Electronically Filed - ST LOUIS COUNTY - June 24, 2026 - 12:56 PM

Commonly known and numbered as 13505 Pine Wood Trail, Saint Louis, MO 63128 (the "Property").

8.    Plaintiff was appointed Successor Trustee by instrument recorded on October 15, 2024, known as Document # 2024101500017 with the St. Louis County Recorder of Deeds, State of Missouri.   A redacted copy of said Appointment is attached under cover of the Court's CRIFS Form as "**Exhibit B**" and incorporated herein by reference.

9.    On November 25, 2025, Plaintiff, as a result of a default under the Note and Deed of Trust, and pursuant to the Appointment; sold the Property at a public sale to the highest bidder Crossover Real Estate LLC.   A redacted copy of the Successor Trustee's Deed Under Foreclosure is attached under cover of the Court's CRIFS Form as "**Exhibit C**" and incorporated herein by reference.

10.   The Property was sold for the sum of Four Hundred Twenty-Nine Thousand Dollars and 00/100 ($429,000.00).

11.   Of such amount, Three Hundred Seventy-Eight Thousand Six Hundred Twenty-Nine Dollars and 00/100 ($378,629.00) was owed to the holder of the foreclosed Deed of Trust and Note and was applied to said Note and the costs of the foreclosure action.

12.   There remains the sum of Fifty Thousand Three Hundred Seventy-One Dollars and 00/100 ($50,371.00) (the "Excess Funds") in excess of all amounts paid out as result of the foreclosure sale.

13.   Defendant Michael W. Duke may have an interest in the Excess Funds as the previous owner of the Property.

223028.14657.465362 LIT

Electronically Filed - ST LOUIS COUNTY - June 24, 2026 - 12:56 PM

14. Defendant United States of America may have an interest in the Excess Funds as the holder of a lien which may have encumbered the Property at the time of the foreclosure sale.

15. Defendant Scott E. Karfeld a/k/a Scott Karfeld may have an interest in the Excess Funds as the holder of a lien or liens which may have encumbered the Property at the time of the foreclosure sale.

16. Defendant Trustees of Pinetree Estates Subdivision may have an interest in the Excess Funds as the holder of a lien which may have encumbered the Property at the time of the foreclosure sale.

17. Plaintiff states that it is ready, willing and able, and hereby offers to pay over the Excess Funds to the persons lawfully entitled thereto; however, Plaintiff is unable to determine who is entitled to the funds remaining.

18. Because of such uncertainty, Plaintiff will be exposed to double or multiple liabilities and has no adequate remedy at law to resolve this matter.

19. Plaintiff seeks a determination from this Court as to who is entitled to said funds and further seeks an Order of this Court directing Plaintiff to deposit the Excess Funds with the Court, dismissing Plaintiff from this case, and for payment of Plaintiff's reasonable attorney's fees and costs.

WHEREFORE, Plaintiff, Millsap & Singer, P.C., Successor Trustee, prays for an Order of this Court in determining the respective interest of the aforesaid parties to the said sum of Fifty Thousand Three Hundred Seventy-One Dollars and 00/100 ($50,371.00), that Plaintiff Millsap & Singer, P.C. be ordered to deposit said funds with this Court, be awarded reasonable

223028.14657.465362 LIT

Electronically Filed - ST LOUIS COUNTY - June 24, 2026 - 12:56 PM

attorney's fees and costs, be dismissed as a party to this lawsuit, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted:

**MILLSAP & SINGER, LLC**

*/s/ Adam G. Breeze*

Adam G. Breeze #60920
612 Spirit Drive
St. Louis, Missouri 63005
Telephone:  (636) 537-0110
Facsimile:  (636) 537-0067
abreeze@msfirm.com
***Attorney for Plaintiff***

223028.14657.465362 LIT